UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                     :

UNITED STATES OF AMERICA,              :    **ORDER**

         -against-                                           :    00 Cr. 1069 (AKH)

WONG CHANG,

                                   Defendant.

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On June 22, 2022 Defendant Wong Chang filed a motion for compassionate release. The Government shall file a response by September 29, 2022.

        SO ORDERED.

Dated:    September 1, 2022                          _____/s/_____
             New York, New York                       ALVIN K. HELLERSTEIN
                                                                  United States District Judge